FILED
JAN 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR240-W |
| Plaintiff, | **I N F O R M A T I O N** |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| EDGAR FRANCISCO KETCHUL-CUEVAS, | |
| Defendant. | |

The United States Attorney charges:

On or about December 29, 2007, within the Southern District of California, defendant EDGAR FRANCISCO KETCHUL-CUEVAS, did knowingly and intentionally import approximately 32.16 kilograms (70.75 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: January 29, 2008.

KAREN P. HEWITT
United States Attorney

/s/ DOUGLAS KEEHN
DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:es:San Diego
1/29/08