# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs  Edgar Francisco Ketchul-Cuevas                                No.  08CR240-W

The Court finds excludable delay, under the section indicated by check ( ✓ ),

commenced on  __02-26-08__  and ended on  __05/27/08__ ; (    )

_____ and ended on _____ . (    )

__3161(h)__

___ (1)(A)   Exam or hrg for **mental or physical incapacity**                                  A

___ (1)(B)   **NARA exam**ination (28:2902)                                                     B

___ (1)(D)   State or Federal trials or **other charges pending**                               C

___ (1)(E)   **Interlocutory appeals**                                                          D

___ (1)(F)   **Pretrial motions** (from flg to hrg or other prompt dispo)                       E

___ (1)(G)   **Transfers from other district** (per FRCrP 20, 21 & 40)                          F

___ (1)(J)   **Proceedings under advisement** not to exceed thirty days                         G

___          Misc proc:  Parole or prob rev, deportation, **extradition**                       H

___ (1)(H)   **Transportation** from another district or to/from examination                    6
             or hospitalization in ten days or less

___ (1)(I)   Consideration by Court of **proposed plea agreement**                              7

___ (2)      **Prosecution deferred** by mutual agreement                                       I

___ (3)(A)(B) **Unavailability of defendant** or **essential witness**                          M

___ (4)      Period of **mental or physical incompetence** of defendant to                      N
             stand trial

___ (5)      Period of **NARA commitment or treatment**                                         O

___ (6)      **Superseding indictment and/or new charges**                                      P

___ (7)      **Defendant awaiting trial of co-defendant** when no severance                     R
             has been granted

___ (8)(A)(B) **Continuance**s granted per (h)(8)-use "T" alone if more than                    T
             one of the reasons below are given in support of continuance

___ (8)(B)(I)  1) Failure to grant a **continuance** in the proceeding                          T1
                  would result in a **miscarriage of justice** and
                  the ends of justice outweigh the best interest
                  of the public and the defendant in a speedy trial.
                  **(Continuance - miscarriage of justice)**

_X_            2) Failure to grant a **continuance** of the trial would result in
                  a miscarriage of justice as the defendant has tendered a
                  guilty plea to a magistrate judge and is awaiting a
                  determination as to whether the plea will be accepted.
                  **(Continuance - tendered a guilty plea)**

___ (8)(B)(ii)  2) **Case** unusual or **complex**                                              T2

___ (8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days      T3

___ (8)(B)(iv)  4) **Continuance** granted in order to obtain or substitute counsel,            T4
                   or give reasonable time to prepare
                   **(Continuance re counsel)**

___ 3161(I)    Time up to **withdrawal of guilty plea**                                         U

___ 3161(b)    **Grand jury indictment time extended** thirty (30) more days                    W

Date __2-26-08__                                          _____
                                                                Judge's Initials